BRENDA / THOMAS TINER #220895 5-23CV-0047-B
No Jury / vs.
Class-Action - Injunctive Relief
N.D. Texas Federal Court
"Motion to Cert. Class Action"

Mr. Greg Abbott Gov. Texas
"Commissioner Texas Jail Standards"
Mr. Sheriff Kelly Rowe, Lubbock, Tx
(private) "Star Care" Medical Co.
(private) 5 Star Dining Cooks Co.
All Lubbock Co Sheriff's Dept. Jailers
Pop officer
4-D Morales, who "Retaliat— took Dental Tray
Meals, with Star Care in Conspiracy

All Defendants been Negligent in failing
to Correct Constit.- Violations

42 USC §1983   28 USC §1331,
"Retaliation", "Conspiring" to deny fair
§ 28 USC §1343. Many viol. of
8th Amendment United State Consti-
tution to Remain Free from "Cruel
& Unusual Punishments" By feeding "through
meals Causes "Pain", weight loss, constipat
Their Administered Corporal-Punishments one

1) ↓ ("For Grocery Trays No One Ate")³

Feb, 21, 24, 26 Officer 4 D imposed 24 Lock-Down Three Days over 72 Confined to Bunk without giving me document of charges or Disciplinary Hearing violated my Due Process and Equal Protect of Laws 5th & 14 US Const Bill of Rights to all Citizens Born Crime to American citizen You Have to follow Due Process Before you Can impose Any kind of Punishment.

2) ALL Regular Trays Are under (500 cal) (Less than) Servings, Plaintiff is making Records of all meals. To very their Records a Co. called "5-STAR Dining Cooley (Co)" Brisbane. Defendants, who have Failed to ADD Calories onto tray that All inmate eat daily after we Filed numerous Grievances. / Negligent

3) Starcare Medical - Refusal to put 'em on 'Double Portion Tray to Correct Reg. Trays. Not Puting enough Calories on Reg Trays Not enough for a kitty cat to get full.

"Conditions of Confinement" Claims,
illegal violated US Constitution (5,14) here at
(5 STAR) Lubbock Co Jail Feb 1, 2023.
 or
1) Serving Trays without enough food.
(STAR Cnty Co.
2) Men. Refused to Correct food issue. Double
pack tray causes 35-40 lbs weight loss.
No Stamps
3) Retaliation illegal punishments take DP Tray
with person off Rec for Report
Corrupt Staff.
4) "Refused" to turn on heaters (mid-temp) (neglect)
to Lock Down 3-4 Days 1 w the food
claim, no shower, No Due process.

                Co
5) (5 STAR) Dir. Refused to correct men
After f/g gave in, fact meals got
Ret'nt / Against kites for worse and
worse. Lose more weight.

6) "Bunk Beds" are too crowded too close
forcing to get too close. TDCJ class
got these rules uncost. Recently.

7)

Thomas Tice IV plaintiff

## Certificate of Service

I, Lead plaintiff, may be other Lawsuit ask the Court to consolidate All Lawsuits Against LCDC, to be consolidated Brought together once large Class Action Lawsuit, And have file Motion to Appoint Counsel to defend our Lawsuit for missing more food on All, Trays, Larger Cornbread, More cooking, more of every some we need At Least 800 cal. Full meals. So we do plead guilty to charges that we are innocent of. These Jails Are "Starving" us to force us to plead "Guilty" to crimes we did not commit.

Drop Charges or Feed us Right if you can't legally lock us up. Yes Have the Responsibility to Feed us Proper meals that do not cause pain, or force us to plead "guilty" of charges we are NOT guilty of. I was homeless, no where to live that's a crime, to be poor. please certify Class Act every inmate is entitled to good meals, NOT Just Snitch NOT "Just model inmate" but inmate who plead NOT Guilty are entitled to 800 Cal. meals. in Jesus Christ my Lord name

220893                              Thomas Jim
                                     4-17-1168

On this 26th day of March, 2023, plaintiff mailed out Class Action law to: N.D. Texas 1205 Texas Lubbock T. copy with Motion to Appoint Counsel; under penalty of perjury all statements are true & correct so help me God.

Mac Hendricks
US District
federal Court
N.D. TEXAS
1205 Texas
Lubbock, TX
79401

[signature]
220893
PO Box 10535
LCDC
Lubbock, TX

Defendants have already been informed!

**Lubbock County Detention Center**
Inmate Name _____
SO # _____
PO Box 9285  16535
Lubbock, TX 79408-0133

Lubbock, TX 79402

**INDIGENT**

42 USC § 1983
Class-Action
Legal
Mail !!!

Federal Mail Hon. Hendricks
N.D. Texas Fed. Courthouse
1205 Texas Street
Lubbock 79401

RETURN SERVICE REQUESTED

FIRST CLASS



US POSTAGE ~PITNEY BOWES
ZIP 79401
02 4W
0000386595 FEB 27 2023
$ 000.60⁰